Case No: 1:17cv1136            Filed: 10/02/18
                                                                                                               Doc. #21

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| BOBBY RAY RICKMAN, § <br> Plaintiff § <br> § <br> v. §    CASE 1:17-cv-01136-LY <br> § <br> SIN WAGON TRANSPORT, LTD, § <br> Defendant § | |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.    The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff and the Defendant be and the same is hereby approved;

2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3.    The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _Austin Tx_, this _3_ day of _October_, 2018.

_____
UNITED STATES DISTRICT JUDGE
Mark Lane
United States Magistrate Judge

Copies furnished to:
Attorneys of record